**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____x

| | |
|---|---|
| JOSHUA ADAMS, | Civil Action No. |
| Plaintiff, | 1:19-cv-07058-KAM-SJB |
| -against- | |
| MAE PRA THRONRANEE CORP. and HIGHPARK REALTY, LLC, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

_____x

Plaintiff JOSHUA ADAMS and Defendant MAE PRA THRONRANEE CORP. and HIGHPARK REALTY, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: August, 2020.

By: _____
Maria-Costanza Barducci, Esq.
*Attorney for Plaintiff*
Barducci Law Firm, PLLC
5 West 19th Street, 10th Floor
New York, New York 10011
(212) 433-2554
MC@BarducciLaw.com

By: _____
Sophia Ree, Esq.
*Attorney for Defendants*
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 13th Floor.
NY, NY 10271
212.393.7923
sree@lcbf.com

cc: Via CM/ECF

So Ordered:
Kiyo A. Matsumoto, USDJ
8/3/20